UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMILY GAVRIAN,

    Plaintiff,

v.                                      Case No: 8:21-cv-496-CEH-SPF

EXPERIAN INFORMATION
SOLUTIONS, INC. and MOUNTAIN
RUN SOLUTIONS, LLC,

    Defendants.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 32). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 32).

    2)    Plaintiff's claims against Defendant Experian Information Solutions, Inc., are dismissed, with prejudice.

    3)    The Clerk is directed to terminate Defendant Experian Information Solutions, Inc. as a party to this case.

**DONE AND ORDERED** in Tampa, Florida on October 20, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record