# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EMILY GAVRIAN,

    Plaintiff,

v.                                                  Case No: 8:21-cv-496-CEH-SPF

MOUNTAIN RUN SOLUTIONS, LLC,

    Defendant.

_____

## **ORDER**

    This matter is before the Court upon review of the docket. Pursuant to a mediation report indicating the parties settled their dispute (Doc. 30), the Court entered an Order on September 29, 2021, dismissing the action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice, or move to reopen the action (Doc. 31). To date the parties have not submitted a stipulation or final judgment, or moved to reopen the action. Pursuant to this Court's September 29, 2021 Order, the matter will be dismissed with prejudice. The Clerk is directed to CLOSE this case.

    **DONE** and **ORDERED** in Tampa, Florida on November 15, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties